No. 83–1607. CURLEY *v.* CURLEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 83–1608. WINSLOW ET AL. *v.* WILLIAMS ET AL. C. A. 10th Cir. Certiorari denied.

No. 83–1627. SAFIR *v.* DOLE, SECRETARY OF TRANSPORTATION, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 83–1628. SHELTON ET AL. *v.* CARLTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–1630. SCHWEGMANN, AKA BLACKLEDGE *v.* SCHWEGMANN ET AL. Ct. App. La., 5th Cir. Certiorari denied.

No. 83–1650. SUTHOFF ET AL. *v.* YAZOO COUNTY INDUSTRIAL DEVELOPMENT CORP. ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–1658. MCMANUS *v.* VILLAGE OF SOUTHHAMPTON, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–1672. HEIL CO. *v.* MELLER. C. A. 10th Cir. Certiorari denied.

No. 83–1674. YOUNG *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. D. C. Cir. Certiorari denied.

No. 83–1696. PITEO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–1699. GIGANTE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–1703. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–1714. MUZYCHKA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–1718. DECARLO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.